# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

UNITED STATES OF AMERICA                                           PLAINTIFF

v.                              CASE NO. 4:24-CR-00144-BSM

RICHARD T. YEAZEL                                                  DEFENDANT

## ORDER

The government's motion for summons [Doc. No. 19] is granted and the clerk is directed to issue a summons and the United States Marshals Service is directed to serve the summons and a copy of this order on Yeazel to appear **Tuesday, May 19, 2026 at 1:00 p.m.** at Richard Sheppard Arnold United States Courthouse, 500 West Capitol, Courtroom 2D, Little Rock, Arkansas, for a hearing on the motion to revoke supervised release. The summons should state that Yeazel is to report to the United States Probation Office, 600 West Capitol Avenue, Room A226, forty-five minutes before the scheduled hearing.

The clerk is directed to provide a copy of the motion to the United States Marshals. Federal Public Defender Shea Lynn Watts is reappointed to represent Yeazel. The clerk is also directed to provide a copy of this order to the United States Probation Office.

IT IS SO ORDERED this 25th day of March, 2026.

_____
UNITED STATES DISTRICT JUDGE